**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

```
In re:                          ) Case No. 14-40644
                                )
Lashonette Jenkins,             ) Chapter 13
                                )
          Debtor.               )
```

### DEBTOR'S ATTORNEY'S MOTION TO WITHDRAW AS COUNSEL

Come Now Debtor's attorney of record, Jason C. Amerine, and states to the Court as follows:

1. That the Debtor, Lashonette Jenkins, has filed a pro se civil action against Castle Law Office of Kansas City, P.C. and her mortgage company JP Morgan Chase, in Jenkins/Slichnmyer v. JP Morgan Chase et. Al 14-3333

2. Counsel respectfully requests to withdraw as representation for Lashonette Jenkins.

WHEREFORE, Debtor's counsel request an order to withdraw as counsel for Lashonette Jenkins in the present Chapter 13 case.

```
                    RESPECTFULLY SUBMITTED,

                    CASTLE LAW OFFICES OF KANSAS CITY, P.C.

                    By: /s/ Jason C. Amerine
                        Jason C. Amerine
                        811 Grand Blvd.
                        Suite 101
                        Kansas City, MO 64106
                        P: 816-842-6200
                        F: 816-421-5403
                        Attorney for Debtor
```

### Certificate of Service

    The undersigned hereby certifies that a true and accurate copy of the foregoing Motion to Withdraw as Counsel was served via electronic mail, on the following parties this 2nd day of September, 2014.

                                        /s/Jason C. Amerine
                                        Jason C. Amerine

Chapter 13 Trustee
Richard V. Fink
818 Grand Blvd., Ste. 700
Kansas City, MO 64106

**Debtor**

Lashonette Jenkins
214 E. Armour Blvd, #712
Kansas City, Missouri 64111